# MINUTE ORDER

Page 6

## Magistrate Judge Marty F. Elfenbein

**Atkins Building Courthouse - 5th Floor**      Date: 7/29/25      Time: 2:00 p.m.

Defendant: David K. Spencer     J#:          Case #: 25-MJ-3410-SANCHEZ
AUSA: Alejandra Lopez & Yeney Hernandez     Attorney:
Violation: Target of Investigation
                                            Surr/Arrest Date:      YOB:
Proceeding: Report RE: Counsel              CJA Appt: Manuel L. Casabielle, Esq
Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond:
Bond Set at:                                Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English-

**Disposition:**
Defendant advised of rights and charges.
**Defendant's ore tenus motion for appointment of counsel -GRANTED-.**
Defendant sworn; CJA counsel appointed.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. **15:31:36**                     Time in Court: **7 mins**

s/Marty F. Elfenbein                                   Magistrate Judge